UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

<table>
<tr><td>
FILED<br>
February 4, 2011<br>
CLERK, US DISTRICT COURT<br>
EASTERN DISTRICT OF<br>
CALIFORNIA<br>
DEPUTY CLERK
</td></tr>
</table>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:11CR00053-FCD-1 |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| CLIFFORD DONALD WELLS, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   CLIFFORD DONALD WELLS  , Case No.

 2:11CR00053-FCD-1   , Charge   18USC § 2252(a)(2)   , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $__

        ✔    Unsecured Appearance Bond - $50,000.00

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        ✔    (Other) PRETRIAL CONDITIONS AS STATED ON THE RECORD.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   February 4, 2011   at   2:32 pm   .

By   /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court