1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **CLIFFORD WELLS**

7
                **IN THE UNITED STATES DISTRICT COURT**
8               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  UNITED STATES OF AMERICA,              CASE NO. 2:11-CR-0053 FCD

11       Plaintiff,                        STIPULATION AND ORDER

12     vs.                                 DATE: March 7, 2011
                                           TIME: 10:00 AM
13  CLIFFORD WELLS,                        JUDGE: Hon. Frank Damrell, Jr.

14       Defendant.

15

16      It is hereby stipulated and agreed to between the United States of America through Camil

17  Skipper, Assistant U.S. Attorney, and defendant Clifford Donald Wells, by and through his

18  attorney, Dan Koukol, that the status conference of March 7, 2011 be vacated and that a status

19  conference be set for April 11, 2011 at 10:00 AM.

20      This continuance is being requested because the parties need additional time to discuss

21  the case with the government and negotiate plea agreements.  Counsel must review discovery

22  material and discuss this material with his client.

23      The parties request that the speedy trial time is excluded from the date of this order

24  through the date of the status conference set for April 11, 2011 at 10:00 AM pursuant to 18

25  U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

-1-

-2-

1

2    DATED: MARCH 3, 2011                    Respectfully submitted,

3                                            /s/ DAN KOUKOL

4                                            _____
                                             DAN KOUKOL
5                                            Attorney for defendant Clifford Wells

6
     DATED: MARCH 3, 2011                    Respectfully submitted,
7

8                                            /s/ DAN KOUKOL FOR CAMIL SKIPPER

9                                            _____
                                             Camil Skipper
10                                           Assistant U.S. Attorney

11           **IT IS SO ORDERED.**

12   DATED:  March 3, 2011                   _____
                                             FRANK C. DAMRELL, JR.
13                                           UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

-2-