DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**CLIFFORD WELLS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0053 FCD |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: May 23, 2011<br>TIME: 10:00 AM |
| CLIFFORD WELLS, | JUDGE: Hon. Frank Damrell, Jr. |
| Defendant. | |

    It is hereby stipulated and agreed to between the United States of America through Camil Skipper, Assistant U.S. Attorney, and defendant Clifford Donald Wells, by and through his attorney, Dan Koukol, that the status conference of May 23, 2011 be vacated and that a status conference be set for June 20, 2011 at 10:00 AM.

    This continuance is being requested because the parties need additional time to discuss the case with the defendant and make decisions regarding potential resolution options. Defense counsel has court appearance commitments on both June 6 and June 13, 2011 and is requesting this matter be continued until June 20, 2011.

    For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of May 23, 2011, to June 20, 2011,

1  inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) because
2  the delay results from a continuance granted by the Court at defendant's request, without
3  government objection, on the basis of the Court's finding that: (i) the ends of justice served by
4  the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii)
5  failure to grant the continuance would be likely to make a continuation of the proceeding
6  impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would
7  unreasonably deny counsel for the defendant the reasonable time necessary for effective
8  preparation.  Furthermore the parties request that the speedy trial time is excluded from the date
9  of this order through the date of the status conference set for June 20, 2011 at 10:00 AM
10 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: MAY 19, 2011              Respectfully submitted,


                                 /s/ DAN KOUKOL
                                 _____
                                 DAN KOUKOL
                                 Attorney for defendant Clifford Wells


DATED: MAY 19, 2011              Respectfully submitted,


                                 /s/ DAN KOUKOL FOR
                                 _____
                                 Camil Skipper
                                 Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: May 19, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE