Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
CLIFFORD DONALD WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIFFORD DONALD WELLS,<br><br>    Defendant. | Case No. 2:11-CR-00053-JAM<br><br>**STIPULATION AND ORDER**<br><br>Date:  May 22, 2012<br>Time:  9:30 a.m.<br>Judge: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Michelle Prince, Assistant U.S. Attorney, and defendant Clifford Wells, through his counsel, Kresta Nora Daly, that the status conference on May 22, 2012 be vacated and that a status conference be set for June 26, 2012 at 9:30 a.m.

The continuance is being requested because defense counsel is currently engaged in a jury trial in Sacramento County Superior Court before Judge T. Frawley.  The Court has estimated the trial will go to the jury in the last week of May.

Additionally, defense counsel recently received additional discovery from the government.  Defense counsel needs to review that information and consult with Mr. Wells.

///

///

///

///

{00006517}

STIPULATION AND [PROPOSED] ORDER                                                               [Case No. 2:11-CR-00053-JAM]

PDF created with pdfFactory trial version www.pdffactory.com

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for June 26, 2012 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: May 14, 2012.          Respectfully submitted,

BARTH TOZER & DALY LLP


By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
  Attorneys for CLIFFORD WELLS


Dated: May 14, 2012.     By  /s/ Kresta Nora Daly
                             MICHELLE PRINCE
                             Assistant United States Attorney


**O R D E R**

**IT IS SO ORDERED.**

Dated: May 15, 2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com