Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
CLIFFORD DONALD WELLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFORD DONALD WELLS,<br><br>Defendant. | Case No. 2:11-CR-00053-JAM<br><br>**AMENDED STIPULATION AND ORDER**<br><br>Date:  July 24, 2012<br>Time:  9:45 a.m.<br>Judge: Honorable John A. Mendez |

It is hereby stipulated and agreed to between the United States of America through Michelle Prince, Assistant U.S. Attorney, and defendant Clifford Wells, through his counsel, Kresta Nora Daly, that the status conference on July 24, 2012 be vacated and that a status conference be set for August 21, 2012 at 9:45 a.m.

Defense counsel is in the process of having an independent forensic examiner review the computer hard drive at issue in this case.  Defense counsel hopes to have at least a verbal report from the forensic experts by August 21, 2012.

Additionally, the continuance is being requested because defense counsel is scheduled to be out of state getting married.

///
///
///
///

       The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for August 21, 2012 pursuant to Title 18, United States Code Section 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: June 29, 2012.   Respectfully submitted,

BARTH TOZER & DALY LLP

By  /s/ Kresta Nora Daly
    KRESTA NORA DALY
Attorneys for CLIFFORD WELLS

Dated: June 29, 2012.   By  /s/ Kresta Nora Daly
    MICHELLE PRINCE
Assistant United States Attorney

## O R D E R

**IT IS SO ORDERED.**

Dated: 7/2/2012

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com