BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00053-JAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| CLIFFORD DONALD WELLS, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Clifford Donald Wells it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 18 U.S.C. § 2253, defendant Clifford Donald Wells' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.      HP D6000 desktop computer, serial no. 4CE0221DM9;

b.      IBM Think Pad laptop, serial no. L3-FTW12 07/03; and

c.      Simple Tech external hard drive, serial no. 09135332000604079.

2.      The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(2).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

1

**Preliminary Order of Forfeiture**

1   seize the above-listed property.  The aforementioned property shall be seized and held by the U.S.

2   Marshals Service, in its secure custody and control.

3         4.    a.    Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local

4   Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and

5   notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as

6   the Attorney General may direct shall be posted for at least 30 consecutive days on the official

7   internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent

8   practicable, provide direct written notice to any person known to have alleged an interest in the

9   property that is the subject of the order of forfeiture as a substitute for published notice as to those

10  persons so notified.

11        b.    This notice shall state that any person, other than the defendant, asserting a

12  legal interest in the above-listed property, must file a petition with the Court within sixty (60) days

13  from the first day of publication of the Notice of Forfeiture posted on the official government

14  forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is

15  earlier.

16        5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this

17  Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will

18  be addressed.

19

20        SO ORDERED this 26th day of October, 2012.

21

22

23        /s/ John A. Mendez
          JOHN A. MENDEZ
          United States District Court Judge

24

25

26

27

28

                              2

                                        **Preliminary Order of Forfeiture**