KELLAN S. PATTERSON, ESQ. SB No. 307190
**Law Office of Kellan Patterson**
2450 Venture Oaks Way, Suite 200
Sacramento, CA 95833
P: (916) 905-7265
F: (916) 721-2742
E: info@ksp-law.com

Attorney for Defendant
CLIFFORD D. WELLS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITES STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CLIFFORD DONALD WELLS,<br><br>            Defendant. | Case No.: 2:11-cr-00053-JAM<br><br>**STIPULATION AND ORDER CONTINUING THE DISPOSITIONAL HEARING REGARDING DEFENDANT WELLS' VIOLATION OF SUPERVISED RELEASE**<br><br>Date: August 29, 2023<br>Time: 9:00 a.m.<br>Courtroom<br>Honorable John A. Mendez |

**STIPULATION**

The parties at the request of defense counsel, through undersigned counsel, stipulate that the dispositional hearing regarding defendant Clifford D. Wells' violation of supervised release, scheduled for August 29, 2023, may be continued to September 12, 2023, at 9:00 a.m. Defense counsel for defendant Wells recently received the dispositional memorandum from the Probation Department. Defense counsel wishes to file a sentencing memorandum in support of the defendant. The additional time requested is necessary for the preparation of the sentencing memorandum and to allow counsel to meet and confer with client because defense counsel only received the Probation Department's memorandum and defense counsel's current schedule is

impacted making it difficult to meet with his client within such a short period.

U.S. Probation Officer Lisa Hage was advised of this stipulation and has no objection.

**SO STIPULATED.**

DATED: August 24, 2023        LAW OFFICE OF KELLAN PATTERSON

By: _____/s/ Kellan S Patterson_____,
Kellan Patterson, Attorney for Defendant
CLIFFORD D. WELLS

DATED: August 24, 2023        PHILIP A. TALBERT
United States Attorney

By: _____/s/ JESSICA DELANEY_____,
JESSICA DELANEY
Assistant United States Attorney

**ORDER**

Good cause appearing,

The dispositional hearing scheduled for August 29, 2023, is **CONTINUED** to **September 12, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: August 24, 2023        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE